RLC/jg

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2010

JAMES R. TWITTY                                                                                    PLAINTIFF

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

VS.                                        3:09CV00072JMM

STEVEN E. EASTERDAY; THOMAS A. HALLECK, JR., AND
TAMARA S. HALLECK, A PARTNERSHIP DOING BUSINESS
AS T&T FARMS; T AND T FARMS, INC., AND JOHN DOE #1;
JOHN DOE #2; JOHN DOE #3; AND JOHN DOE #4                                    DEFENDANTS

## AGREED ORDER

On this day, this matter came on for hearing with the parties appearing by their attorneys of record announcing that they had agreed to the entry of this Order to resolve any issues regarding process or service of process and for the purpose of dismissing certain Defendants from this lawsuit without prejudice. Having considered this matter, the Court agrees that the entry of this Order is appropriate and, therefore, finds and orders the following:

1. Pursuant to the stipulations of the parties, the Court hereby finds and orders that the Defendants, Steven D. Easterday and T and T Farms, Inc., the employer of Steven D. Easterday, were properly served with the Summons and Complaint in this case within the time and in the manner required by law and those Defendants withdraw any objection or assertion that either process or service of process were defective in this case.

2. Pursuant to the stipulations of the parties, the Court finds that this Court has jurisdiction over the parties and subject matter in this case.

3. Pursuant to the stipulations of the parties, the Court finds that since the parties are in agreement that the proper Defendants in this case are Steven D. Easterday and his employer, T and T Farms, Inc., this case will proceed with the Defendants, Steven D. Easterday and T and T Farms,

Inc., as the only Defendants and the remaining Defendants named in Plaintiff's Complaint should be and are hereby dismissed from this case without prejudice.

    IT IS SO ORDERED.

*[signature]*
James M. Moody
United States District Judge

Dated: 2/16/10

APPROVED AS TO FORM AND CONTENT:

**Reid, Burge, Prevallet & Coleman**
**417 North Broadway, P.O. Box 107**
**Blytheville, Arkansas 72316-0107**
**Phone:** (870) 763-4586
**Fax:** (870) 763-4642
**E-Mail:** rbpc@sbcglobal.net

By: *[signature]*
Robert L. Coleman, #80031
**Attorneys for Plaintiff**


**Laser Law Firm, PA**
**101 Spring Street, Suite 300**
**Little Rock, Arkansas 72201**
**Phone:** (501) 376-2981
**Fax:** (501) 376-2417
**E-Mail:** dbufford@laserlaw.com

By: *[signature]*
Dan F. Bufford
**Attorneys for Defendants**