# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JAMES R. TWITTY                                                                     PLAINTIFF


v.                             Case No. 3:09-cv-72-DPM


STEVEN D. EASTERDAY and
T & T FARMS, INC.;                                                             DEFENDANTS


## ORDER

Robert "Bobby" Coleman and Don Prevalett, attorneys in this case, and their client, James R. Twitty, may bring their cell phones—including smart phones—and laptop computers into the courthouse. The phones may be used as needed outside of any courtroom. When inside courtroom B155, the cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No device may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2011