IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES R. TWITTY                                                                PLAINTIFF

v.                              No. 3:09-cv-72-DPM

STEVEN D. EASTERDAY
and T AND T FARMS, INC.                                              DEFENDANTS

## ORDER

This case has settled. The parties have jointly moved to dismiss all Twitty's claims with prejudice. That motion, *Document No. 45*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 Sept. 2011