IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES R. TWITTY                                                                         PLAINTIFF

v.                                    No. 3:09-cv-72-DPM

STEVEN D. EASTERDAY; THOMAS A.
HALLECK, JR. and TAMARA S. HALLECK,
d/b/a T&T FARMS; T AND T FARMS, INC.;
and JOHN DOEs 1-4                                                                      DEFENDANTS

JUDGMENT

James R. Twitty's complaint, *Document No. 1*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 Sept. 2011